# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:07CV226-W

| | |
|---|---|
| **NIKKIA BARKLEY**, on behalf of ) <br> herself and other similarly situated, ) <br> **STEVEN BYRD, KATRINA DENNIS,** ) <br> **TEENA HARDISON, CHERYL** ) <br> **JOHNSON, NATERRA MCQUEEN,** ) <br> **TONYA MILLS, MARASHA** ) <br> **PATTERSON, STEPHANIE REED,** ) <br> and **LUIS ROMERO**, collectively, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> **KFC CORPORATION,** ) <br>  ) <br> Defendant. ) <br> _____) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission of Donald H. Nichols, Pro Hac Vice" (document #6) filed June 7, 2007, requesting admission of Attorney Donald H. Nichols to represent the Plaintiffs.  For the reasons set forth therein, the motion will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: June 7, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge

Dockets.Justia.com