**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:07CV226-W**

| | |
|---|---|
| NIKKIA BARKLEY, on behalf of herself and other similarly situated, STEVEN BYRD, KATRINA DENNIS, TEENA HARDISON, CHERYL JOHNSON, NATERRA MCQUEEN, TONYA MILLS, MARASHA PATTERSON, STEPHANIE REED, and LUIS ROMERO, collectively, ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | **ORDER** |
| v. ) ) | |
| KFC CORPORATION, ) ) | |
| Defendant. ) _____) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Admission Pro Hac Vice" (document #23) filed August 9, 2007, requesting admission of Attorney Robert P. Davis to represent the Defendant. For the reasons set forth therein, the motion will be **GRANTED**.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: August 10, 2007

*Carl Horn, III*
_____
Carl Horn, III
United States Magistrate Judge

